UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In re                                                                    Chapter 15

Fairfield Sentry Limited, et al,                                Case No.: 10-13164 (BRL)
                                                                              Jointly Administered
                          Debtors.
----------------------------------------X


**<u>CONFIDENTIAL-SUBJECT TO BANKRUPTCY COURT ORDER</u>**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, SIGNED JUNE 22, 2010 (DOCUMENT NO.: 18) DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.