**MILBERG LLP**
One Pennsylvania Plaza
New York, New York 10119
(212) 594-5300

**SEEGER WEISS LLP**
One William Street
New York, New York 10004
(212) 584-0700

*Attorneys for Morning Mist Holdings
Limited and Miguel Lomeli*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | ) Chapter 15 Case |
| | ) |
| **Fairfield Sentry Limited, et al.,** | ) Case No. 10-13164 (BRL) |
| | ) Jointly Administered |
| Debtors in Foreign Proceedings. | ) |
| | ) |
| | ) |

## NOTICE OF APPEAL

Morning Mist Holdings Limited and Miguel Lomeli, objectors in the above-captioned case, by their undersigned counsel, Milberg LLP and Seeger Weiss LLP, hereby appeal to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a) and Rules 8001(a) and 8002(a) of the Federal Rules of Bankruptcy Procedure, from the Decision and Order Granting the Chapter 15 Petition of Fairfield Sentry Limited For Recognition of Foreign Proceedings, dated July 22, 2010 (Docket No. 47), as amended by the Errata Order dated July 26, 2010 (Docket No. 48), and the Second Errata Order dated July 30, 2010 (Docket No. 51), issued by the United States Bankruptcy Court for the Southern District of New York.

The parties to the orders appealed from and the names and addresses of their respective attorneys are as follows:

**MILBERG LLP**
*Attorneys for Morning Mist Holdings Limited and Miguel Lomeli*
Robert A. Wallner
Kent A. Bronson
Kristi Stahnke McGregor
One Pennsylvania Plaza
New York, New York 10119
Tel.: (212) 594-5300

-and-

**SEEGER WEISS LLP**
Stephen A. Weiss
James A. O'Brien III
Christopher M. Van de Kieft
Parvin Aminolroaya
One William Street
New York, New York 10004
Tel.: (212) 584-0700

Dated: August 5, 2010
New York, New York

**BROWN RUDNICK LLP**
*Attorneys for Kenneth Krys and Christopher Stride, Liquidators of Fairfield Sentry Limited*
David J. Molton
William R. Baldiga
Daniel J. Saval
May Orenstien
Tally M. Wiener
Seven Times Square
New York, New York 10036
Tel.: (212) 209-4800

/s/ Robert A. Wallner
Robert A. Wallner
Kent A. Bronson
Kristi Stahnke McGregor
**MILBERG LLP**
One Pennsylvania Plaza
New York, New York 10119
Tel.: (212) 594-5300
Fax: (212) 868-1229
rwallner@milberg.com
kbronson@milberg.com
kmcgregor@milberg.com

-and-

**SEEGER WEISS LLP**
Stephen A. Weiss
James A. O'Brien III
Christopher M. Van de Kieft
Parvin Aminolroaya
One William Street
New York, New York 10004
Tel.: (212) 584-0700
Fax: (212) 584-0799
sweiss@seegerweiss.com
jobrien@seegerweiss.com
cvandekieft@seegerweiss.com
paminolroaya@seegerweiss.com

*Attorneys for Morning Mist Holdings Limited and Miguel Lomeli*

DOCS\524040v1