**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X    Chapter 15

In re:

    Case No. 10-13164 (BRL)

FAIRFIELD SENTRY LIMITED, *et al.*,

    Jointly Administered

        Debtors in Foreign Proceedings.
------------------------------------------------------------X

FAIRFIELD SENTRY LIMITED, *et al.*,
(In Liquidation), acting by and through the
Foreign Representatives thereof,    Adv. Pro. No. 10-03496

        Plaintiffs,

   -against-    (Administratively Consolidated)

THEODOOR GGC AMSTERDAM, *et al.*,

        Defendants.
------------------------------------------------------------X

## **ERRATA ORDER**

    ORDERED that Memorandum Decision and Order Denying Defendants' Motions for Remand or Abstention be amended as follows:

Page 3, line 10, change "recognized," to "recognized"

Page 10, line 13, change "settlement." to "settlement"

Page 14, line 22, change "H.Rep." to "H.R. Rep."

Page 16, footnote 12, line 3, change "within" to " 'within"

Page 17, line 1, change "322." to "322"

Page 17, line 10, change "Section 546(d)" to "Section 561(d)"

Page 20, line 13, change "*Ltd,*" to "*Ltd.,*"

Page 21, line 6, change "*See*" to "*see*"

Page 22, line 6, change "15," to "15."

Page 27, footnote 20, line 1, change "abstention." to "abstention,"

Page 27, footnote 20, line 2, change "cases" to "cases."

Dated: New York, New York
      July 11, 2011

                                                 /s/ Burton R. Lifland
                                                 United States Bankruptcy Judge