UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                               :
FAIRFIELD SENTRY LIMITED, et al.,                    :          Chapter 15 case
                                                     :
Debtors in Foreign Proceedings.                      :          Case No. 10-13164 (BRL)
                                                     :
                                                     :          JOINTLY ADMINISTERED
                                                     :

## STIPULATION OF SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED** that Thompson Hine LLP, 335 Madison Avenue, 12th Floor, New York, New York 10017, be and hereby is substituted for Tannenbaum Helpern Syracuse & Hirschtritt LLP, 900 Third Avenue, New York, New York 10022, as attorneys of record for defendants Investec Bank (Switzerland) AG in the above-captioned matter.

The undersigned hereby consents to the above substitution.

/s/ Petra Otten__
By: Petra Otten
On behalf of defendant Investec Bank
(Switzerland) AG

THOMPSON HINE LLP

By:_/s/ Tammy Bieber_____
     Tammy Bieber
335 Madison Avenue, 12th Floor
New York, New York 10017
Telephone:  (212) 344-5680
Facsimile:  (212) 344-6101
tammy.bieber@thompsonhine.com

Dated:  New York, New York
        November 21, 2013

TANNENBAUM HELPERN SYRACUSE &
HIRSCHTRITT LLP

By:__/s/ Vincent J. Syracuse____
       Vincent J. Syracuse
900 Third Avenue
New York, New York 10022
Telephone:  (212) 508-6700
Facsimile:  (212) 371-1084

Dated:  New York, New York
        November 21, 2013

SO ORDERED.



Dated: November 26, 2013
       New York, New York

/s/ Burton R. Lifland
_____
Burton R. Lifland
United States Bankruptcy Judge