## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 15 Case |
| Fairfield Sentry Limited, et al., | ) ) | Case No. 10-13164 (SMB) |
| Debtors in Foreign Proceedings. | ) ) ) | Jointly Administered |

### ORDER ENTRUSTING TO THE LIQUIDATORS
### FOR DISTRIBUTION CERTAIN MONIES HELD IN U.S. BANK ACCOUNTS

Upon the Liquidators' Motion Pursuant to 11 U.S.C. § 1521(b) For Entry of an Order Entrusting to the Liquidators for Distribution Certain Monies Held in U.S. Bank Accounts (the "Motion"), and the Declaration of Kenneth Krys in support of the Motion; and it appearing relief is necessary to effectuate the purposes of Chapter 15 of the Bankruptcy Code; and it appearing that the interests of creditors and other interested entities are sufficiently protected; and it appearing that proper and adequate notice has been given and that no other or further notice is required; and upon the record herein; and after due deliberation thereon; and sufficient cause appearing therefore; it is hereby

~~**ORDERED** that the Motion is granted; and it is further~~    **[SMB: 9/24/18]]**

**ORDERED** that, pursuant to 11 U.S.C. § 1521(b), those monies held by the Liquidators in U.S. bank accounts and identified in the Motion are hereby entrusted to the Liquidators for distribution in the manner requested in the Motion; and it is further

**ORDERED** that this Court shall retain jurisdiction to determine any and all disputes concerning the interpretation or implementation of this Order.

**/s/ STUART M. BERNSTEIN**
The Honorable Stuart M. Bernstein
United States Bankruptcy Judge

Dated: **September 24th**, 2018